Form 926BNC  (Revised 05/20/2010)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 06−00525−jw                               Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Joseph Oliver Plantin
111 Los Cabos Lane
Pendleton, SC 29670

SSN: xxx−xx−3613

| Entered By The Court 6/13/11 | ORDER OF NO DISCHARGE | Filed By The Court 6/13/11 Tammi M. Hellwig Clerk of Court US Bankruptcy Court |

It appears that the above named debtor(s) may be eligible to receive a discharge but have failed to meet the following requirements:

☑ The debtor did not file the Official Form 23, Debtors Certification of Completion of Instructional Course Concerning Personal Financial Management proving compliance with the requirement for discharge or indicating a stated exception to the requirement.

☐ The debtor did not file the Certification of Plan Completion and Request for Discharge required by SC LBR 3015−5.

**IT IS ORDERED** that no discharge be granted until the debtor(s) meet the above requirements. Upon the filing of the Final Report, this case may be closed and the chapter 13 trustee discharged.

Dated: June 13, 2011                                Tammi M. Hellwig
                                                    Clerk, US Bankruptcy Court

                                                    By: C Brooks
                                                    Deputy Clerk